5-8-23

FILED
RICHARD W. NAGEL
CLERK OF COURT

2023 MAY 11 PM 1:04

US District court

I am writing this letter in regards to case number 1:23-cv-00102-MWM-SKB my rights were clearly violated by odrc ( lebanon correctional institution please note I was stabbed by an inmate I repeatedly told staff that the inmate and his gang members were making threats to harm me because i was gay and at one point ceiled with a gang member I was denied my right to press charges and i was denied protective control because i was labled an abuser odrc ( lebanon correctional institution clearly stated that I could not be housed with other protective control inmates because i was labled an abuser this has devistated me i ask that the court consider a Full investigation I also ask the court to consider Full payment for discrimination and pain and suffering and violations of my rights A.s.

Sincerely
Arthur Jerry scott Jr.
774-903

Arthur Jerry Scott
# 774-903
Southern Ohio Correctional Facility
PO Box 45699
Lucasville, OH 45699

COLUMBUS OH 430

Southern Ohio Correctional Facility
Outgoing Inmate Mail
9 MAY 2023 PM 4 L

US POSTAGE PITNEY BOWES

ZIP 45648 $ 000.60
02 4W
0000388647 MAY 09 2023

OFFice OF The Clerk
U.S. District court
Joseph P. Kinneary courthouse
85 Marconi blud suite 121
Columbus, OH 43215

**INMATE FREE LETTER**
DRC 4052 (8/98)
ACA 3-4431, 3-4262-4263

43215-282346