IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION – CINCINNATI

| | | |
|---|---|---|
| ARTHUR JERRY SCOTT JR., | : | Case No. 1:23-cv-102 |
| Plaintiff, | : | Judge Matthew W. McFarland |
| v. | : | |
| ODRC, et al., | : | |
| Defendants. | : | |

## ENTRY AND ORDER ADOPTING REPORTS AND RECOMMENDATIONS

The Court has reviewed the two pending Reports and Recommendations of United States Magistrate Stephanie K. Bowman (Docs. 11 & 12), to whom this case is referred pursuant to 28 U.S.C. § 636(b). Plaintiff failed to timely file any objections to either Report and Recommendation in accordance with Fed. R. Civ. P. 72(b). Thus, the Court hereby **ADOPTS** both Reports and Recommendations (Docs. 11 & 12) in their entirety.

Accordingly, Plaintiff's Amended Complaint is **DISMISSED** for failure to state a claim on which relief may be granted against either of the named Defendants. 28 U.S.C. § 1915A(a); 28 U.S.C. § 1915(e)(2). The Court **CERTIFIES**, pursuant to 28 U.S.C. § 1915(a)(3), that an appeal of this Order would not be taken in good faith. Petitioner is therefore **DENIED** leave to appeal *in forma pauperis*. See *McGore v. Wrigglesworth*, 1441 F.3d 601 (6th Cir. 1997). This matter is **TERMINATED** from the Court's docket.

**IT IS SO ORDERED.**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO

By: _____
JUDGE MATTHEW W. McFARLAND